## GRACIE *v.* FREELAND, 3 Denio, 609.

In this case, upon an appeal from an interlocutory order in equity, made at a *special* term of the New Supreme Court, coming on to be heard, it was objected that an appeal would not lie directly from such an order to the Court of Appeals; but that the party must apply for a rehearing at a general term, pursuant to the 12th section of the judiciary act of 1847.

The Court of Appeals, after time taken for consideration, held that no appeal could be taken to this court from an order or decree in equity, made at a special term of the Supreme Court, and thereupon the appeal was dismissed.